UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DONNA COLLINS                                                CIVIL ACTION

VERSUS

RESIDENTIAL ACCEPTANCE                         NO. 24-00134-BAJ-RLB
CORPORATION, ET AL.

RULING AND ORDER

This is a dispute arising from a residential mortgage contract. On February 20, 2024, *pro se* Plaintiff filed a complaint against Defendants, seeking $7,506,430.53 for numerous alleged violations of state and federal law. (Doc. 1).

Now before the Court are Defendant Village Capital Investment LLC's **Rule 12(b)(6) Motion to Dismiss (Doc. 17)** and Defendant Residential Acceptance Corporation's **Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim and Rule 12(b)(1) Motion for Lack of Subject Matter Jurisdiction (Doc. 18)** (the "**Motions**"). The Motions are unopposed.

The Magistrate Judge issued a **Report And Recommendation (Doc. 23, the "Report")**, recommending that the Motions be granted in part and denied in part. (*Id.* at 12). In particular, the Report recommends that all of Plaintiff's claims be dismissed with prejudice except for her (1) breach of contract claim, (2) good faith guideline violations claim, and (3) anti-predatory lending violations claims, which should be dismissed without prejudice. (*Id.*). The Report further recommends that Plaintiff be allowed to file an amended complaint to cure the deficiencies in the three claims dismissed without prejudice. (*Id.*). Plaintiff timely filed an objection to the

Report, (Doc. 24), and then filed two subsequent, untimely objections. (Docs. 26, 27). None of Plaintiff's objections respond in substance to the Magistrate Judge's Report.

Upon *de novo* review and having carefully considered the Complaint (Doc. 1), the Motions, Plaintiff's timely and untimely objection to the Report, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Defendant Village Capital Investment LLC's **Rule 12(b)(6) Motion to Dismiss (Doc. 17)** and Defendant Residential Acceptance Corporation's **Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim and Rule 12(b)(1) Motion for Lack of Subject Matter Jurisdiction (Doc. 18) (the "Motions")** be and are hereby **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that all of Plaintiff's claims be and are hereby **DISMISSED WITH PREJUDICE**, except for her (1) breach of contract claim, (2) good faith guideline violations claim, and (3) anti-predatory lending violations claims, which be and are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff may file, on or before October 8, 2024, an amended complaint **addressing the deficiencies noted in the Magistrate Judge's Report** pertaining to **ONLY** the (1) breach of contract, (2) good faith guideline violations, and (3) anti-predatory lending violations claims.

**IT IS FURTHER ORDERED** that should Plaintiff fail to file an amended complaint on or before October 8, 2024, her entire case will be dismissed with


prejudice.

Judgment will issue separately.

Baton Rouge, Louisiana, this 18th day of September, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA